UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBIE BALLARD,

       Plaintiff,

                                       CASE No. 1:25-CV-687

v.

                                       HON. ROBERT J. JONKER

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on July 16, 2026.   (ECF No. 19).   The Report and Recommendation was duly served on the parties.   No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 19) is **APPROVED AND ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is hereby **VACATED** and this matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

A separate Judgment shall enter.

Dated:   July 31, 2026               /s/ Robert J. Jonker
                                     ROBERT J. JONKER
                                     UNITED STATES DISTRICT JUDGE